FILED
CHARLOTTE, NC

MAR 15 2022

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:22-CR-61-MOC |
| | ) | |
| v. | ) | **UNDER SEAL** |
| | ) | **ORDER TO SEAL THE INDICTMENT** |
| GREGORY DASHAWN FONDREN | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, to prevent Defendant's flight and to protect the secrecy of the on-going nature of the investigation, for an order directing that the Indictment, Motion to Seal and this Order be sealed in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Indictment, Motion to Seal, and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 15th day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
THE HONORABLE DAVID C. KEESLER